ORIGINAL

Pro Se: Frank Webb, Jr.
1 Ihoiho Place, #308A
Wahiawa, HI  96786
Phone:  808-426-8392

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 09 2013

at /o'clock and 30 min. P M.
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRO SE FRANK WEBB, JR. ) | CIVIL NO. CV13 00168 ACK KSC |
| ) | |
| PLAINTIFF ) | COMPLAINT FOR DAMAGES |
| ) | SUMMON FW |
| VS. ) | EXHIBIT A |
| ) | STATEMENTS IN SUPPORT |
| THE STATE OF HAWAII PUBLIC ) | OF CLAIM |
| HOUSING AUTHORITY ) | |
| ) | |
| DEFENDANT ) | |
| ) | |

Pro Se Frank Webb Jr., PLAINTIFF, plead to enjoin DEFENDANT, the State of Hawaii Public Housing Authority in this matter concerning the United States Constitutional Bill of Right.

1

## FACTS

(1)  Plaintiff received two (2) letters from Defendant, implementing a new non-smoking policy, one on March 3, 2013 and another on March 13, 2013, *And 3-29-20B* EXHIBIT (A).

(2)  La Iola Elderly is not a building facility, *And NOT A PROJECT*

(3)  La Iola is an elderly housing apartment complex and it is the Plaintiff's private residence.

(4)  Cause of Action.

(5)  Count 1.

(6)  Invasion of Plaintiff's Zone of Privacy.

(7)  Violation of Plaintiff's United States Constitutional Bill of Right Guarantee Penumbra Right of Privacy.

(8)  Due process of law depriving Plaintiff of his liberty and constitutional protection and Penumbra Right of Privacy.

(9)  Negligence.

(10)  Infliction of mental anguish, pain, and suffering.

Therefore, cause was shown; Plaintiff prays for judgment against Defendant, the State of Hawaii Public Housing Authority as follows:

### Count 1

An order for monetary damages.

An order for Defendant to cancel the new non-smoking policy.

General damages in the amount of $5,000,000

Punitive damages.

For such and other costs, this Honorable Court may deem just and proper.

PRO SE FRANK WEBB JR PLAINTIFF
IIHOIHO PL #308 A
WAHIAWA HI 96786
808-426-8392

*Frank Webb jr*

3

PLAINTIFF IS A SEVENTY (70) YEAR OLD DISABLE MERCHANT SEAMAN
PLAINTIFF HAVE LIVED AT LA ILOHA ELDERLY HOUSING APARTMENT
COMPLEX, IN HIS PRIVAT RESIDENT FOR TWO(2) YEARS AND (3) MONTHS

Right of Privacy          Constitutional Law
THE SUPEREME COURT HAS REPEATLY RULED THAT THIS RIGHT
IS IMPLIED IN THE ZONE OF PRIVACY CREATED BY SPECIFIC
CONSTITUTIONAL GUARANTEE

THE SUPEREME COURT HAS RULED THAT THE SPECIFIC GUARANTEE
IN THE BILL OF RIGHT, HAVE PENUMBRAS CONTAINING
IMPLIED RIGHT OF PRIVACY

DEFENDANT NON SMOKING POLICY PROHIBITING PLAINTIFF TO SMOKE
TOBACCO PRODUT IN THE PRIVACY OF HIS PRIVAT RESIDENT, IS A
INVASION OF PLAINTIFF ZONE OF PRIVACY

ACCORDING TO CHAPTER 328 J OF THE HAWAII REVISED STATUTES
PLAINTIFF SMOKENG IN HIS PRIVAT RESIDANTS IS EXEMPT
FROM DEFENDANT NON SMOKING POLICY

PRO SE FRANK WEBB JR PLAINTIFF
1 IHO IHO PLACE #308A
WAHIAWA HI 96786
808-426-8392

*Frank Webb Jr*
*Frank Webb Jr*