IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FRANK WEBB JR., ) | Civ. No. 13-00168 ACK-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| STATE OF HAWAII PUBLIC ) | |
| HOUSING AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on April 10, 2013, and no further objections having been filed by either party,

IT IS HEREBY ORDERED AND ADJUDGED that, under 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss Complaint with Leave To Amend and To Deny Application To Proceed in Forma Pauperis" (Doc. No. 5) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, April 30, 2013.



_____
Alan C. Kay
Sr. United States District Judge

Webb v. Pub. Hous. Auth., Civ. No. 13-00168 ACK KSC, Order Adopting Magistrate Judge's Findings and Recommendation